JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aaron Johnson et al<br><br>PLAINTIFF<br>v.<br><br>Ford Motor Company<br><br>DEFENDANT | CASE NUMBER:<br><br>2:23-cv-10543-MRA-MAR<br><br>**JUDGMENT** |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on March 6, 2025 as docket number 61 (the "Offer of Judgment"), judgment is hereby entered for

Plaintiffs Aaron Johnson and Debra Johnson

and against

Defendant Ford Motor Company

according to the terms set forth in the Offer of Judgment.

Date: April 2, 2025

By: _[signature]_
United States District Judge